**UNITED STATES DISTRICT COURT**
**Northern District of Illinois**
**219 South Dearborn Street**
**Chicago, Illinois 60604**

**Thomas G. Bruton**
**Clerk**

**312-435-5670**

Stanley Black & Decker, Inc.
v.

The Partnerships and Unincorporated Associations as Identified on Schedule A

USDC Case Number: 1:18-cv-02761

Judge: Honorable Edmond E. Chang

**Notice of Removal of Material from the Custody of the Clerk's Office**

The following item(s) are hereby removed from the custody of the Clerk's Office by the undersigned who is representing the Plaintiff, Stanley Black & Decker, Inc

| | | |
|---|---|---|
| 05/11/2018 | 23 | SURETY BOND in the amount of $ $10,000.00 posted by Stanley Black & Decker, Inc., The Black & Decker Corporation. (Document not scanned). (kp, ) (Entered: 05/11/2018) |

I, Yanling Jiang, am authorized to remove the above-described documents from the court.

Signature: ____________________

Firm: Jiangip

By: N. Hagopian
/s/ Deputy Clerk

Date: Oct. 16. 2026